## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **SCOTTSDALE INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 10-0346-CG-N** |
| | ) | |
| **PRAYER TABERNACLE EARLY CHURCH OF JESUS CHRIST NUMBER 1,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DECLARATORY JUDGMENT

In accordance with the court's order entered this date, granting Plaintiff's

motion for summary judgment, judgment is hereby entered in favor of Plaintiff,

**SCOTTSDALE INSURANCE COMPANY.** Accordingly, it is hereby **DECLARED**

that:

> **The commercial property coverage portion of the policy issued by Scottsdale Insurance Company to defendant is void and no coverage exists for the supplemental Hurricane Ivan or Hurricane Katrina claims at issue in this case due to the intentional material misrepresentations of material fact made by the defendant.**

**DONE** and **ORDERED** this 2nd day of August, 2011.


/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE